Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                    Case No.    10-14663

Steven Martinez and Heidi C Martinez         Chapter    13
             Debtor(s)
_____/

NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO VALUE LIEN AT $0

AND AVOID LIEN UPON DISCHARGE

TO SECURED JUNIOR LIENHOLDER ADDISON AVENUE FCU, CHAPTER 13

TRUSTEE, AND ALL PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF

RECORD:

Take Notice – <u>this is a Scream or Die Procedure</u>. Debtor is giving you Notice that you have an Opportunity for a hearing on Debtor's attached motion to value the lien you hold on Debtor's real property at 147 Quarry Ridge, Healdsburg CA 95448 at zero dollars ($0), and for an order that the Lien may not be enforced, and for an order permanently stripping the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments.

//

1  This scream or die procedure is prescribed by Local Rule 9014-1 of the United States

2  Bankruptcy Court for the Northern District of California. Under this procedure <u>any objection to

3  the requested relief, or a request for hearing on the matter, must be filed and served upon the

4  initiating party within 21 days of mailing of the notice;</u>

5  A request for hearing or objection must be accompanied by any declarations or

6  memoranda of law the party objecting or requesting wishes to present in support of its position;

7  <u>If you do not file a timely objection to the requested relief or a request for hearing, the

8  Court may enter an order granting the relief by default;</u>

9  Debtor will give at least 10 days written notice of a hearing to the objecting or requesting

10 party, and to the trustee appointed in the case, in the event an objection or request for hearing is

11 timely.

13 Date: February 6, 2011          /s/ Dan Beck
                                   Dan Beck
14                                 Attorney for Debtor

```
1   Daniel B. Beck, SBN 63865
    Evan Livingstone, SBN 252008
2   Beck Law P.C.
    2681 Cleveland Avenue
3   Santa Rosa CA 95403
    Phone: 707-576-7175
4   Fax: 707-576-18782681

5   Attorneys for Debtors

6

7                   UNITED STATES BANKRUPTCY COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9   In re:                                  Case No.   10-14663

10  Steven Martinez and Heidi C Martinez    Chapter    13
                Debtor(s)
11  _____/

12      I hereby certify that on February 6, 2011, a copy of above NOTICE OF OPPORTUNITY

13  FOR HEARING ON MOTION FOR ORDER VALUING LIEN OF SECURED CREDITOR AS

14  $0 as well as a copy of Debtor(s) MOTION TO VALUE LIEN OF SECURED CREDITOR AS

15  $0 AND TO AVOID LIEN ON DISCHARGE, was served, to the Chapter 13 Trustee,

16  electronically and to the creditor listed below by first-class mail addressed to an officer of the

17  institution as follows:

18          Benson Porter
            President and CEO
19          Addison Avenue Fcu
            3408 Hillview Ave
20          Palo Alto, CA 94304

21
                                        /s/ Evan Livingstone
22  Date: February 6, 2011               _____
                                         Evan Livingstone
23

24
```